UNITED STATES DISTRICT COURTY FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LINDA LYNCH

    VS.                                                       No. 02-CV-4354

HOWARD SCHULTZ & ASSOCIATES
    and
PRG-SCHULTZ INTERNATIONAL, INC.

**ENTRY OF APPEARANCE**

TO THE CLARK OF THE COURT:

    Please enter my appearance as attorney for the Defendants in the above matter.

                                                  _____
                                                  Joseph S. Nescio
                                                  25 South Church Street
                                                  West Chester, PA 19382
                                                  (tel.) 610-436-1676
                                                  (FAX) 610-436-5023
                                                  Attorney I.D. No. 25614