**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LINDA LYNCH** | : | |
| VS. | : | NO. 02-CV-4354 |
| **HOWARD SCHULTZ
& ASSOCIATES** and
**PRG-SCHULTZ INTERNATIONAL INC.**: | | |

## DISCLOSURE STATEMENT
<u>UNDER RULE 7.1</u>

This will certify and confirm as follows:

(1) There is no parent corporation with respect to either of the defendants in this action.

(2) No publicly held corporation owns 10% or more of the stock of either defendant.


Date: _____                    _____
                                          Joseph S. Nescio
                                          Attorney for defendants

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

**LINDA LYNCH**                         :

    **VS.**                             :       NO. 02-CV-4354

**HOWARD SCHULTZ**                      :
**& ASSOCIATES and**
**PRG-SCHULTZ INTERNATIONAL INC.**:


**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the within **DISCLOSURE STATEMENT UNDER RULE 7.1** was sent, first class postage prepaid via U.S. Mail, this 6th day of December, 2002, addressed to the following:

      Kingsley A. Jarvis, Esquire
      903 One Montgomery Plaza
      Norristown, PA 19401

                        _____
                        Joseph S. Nescio
                        Attorney for Defendants