IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA LYNCH | : | CIVIL ACTION |
| v. | : | |
| HOWARD SCHULTZ & ASSOCIATES et al. | : | NO. 02-4354 |

### O R D E R

**AND NOW,** this         day of    JANUARY, 2003, it is Ordered that the **CONFERENCE** scheduled for **Wednesday, January 8, 2003** is canceled and rescheduled for **Monday, February 24, 2003** at **4:15 p.m..**  The conference will be held in chambers, room 7613 on the 7th floor.

ATTEST:                            or     BY THE COURT

BY:_____         _____
     Deputy Clerk                       Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Kingsley A. Jarvis, Esq. (via fax: 610-272-6087)
Joseph S. Nescio, Esq. (via fax: 610-436-5023)