IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA LYNCH, | : |
|          Plaintiff, | :   Civil Action |
| | : |
| v. | :   No. 02-4354 |
| | : |
| HOWARD SCHULTZ & ASSOCIATES and PRG-SCHULTZ INTERNATIONAL, INC. | : |
|          Defendants. | : |

**ENTRY OF APPEARANCE**

TO THE CLERK:

      Please enter the following appearances on behalf of defendants Howard Schultz & Associates and PRG-Schultz International, Inc.

                STEPHEN J. SUNDHEIM. (I.D. No. 27439)
                Maureen Q. Dwyer (I.D. No. 87440)
                Pepper Hamilton LLP
                3000 Two Logan Square
                Eighteenth & Arch Streets
                Philadelphia, PA  19103-2799
                (215) 981-4000

                Respectfully submitted,

DATED:  March 31, 2003                *[signature]*
                STEPHEN J. SUNDHEIM (I.D. No. 27439)
                Maureen Q. Dwyer (I.D. No. 87440)
                Pepper Hamilton LLP
                3000 Two Logan Square
                Eighteenth & Arch Streets
                Philadelphia, PA  19103-2799
                (215) 981-4000
                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that, on this date, I caused a copy of the foregoing Entry of Appearance to be served upon the following, via First Class Mail, Postage Prepaid:

> Mr. Kingsley Jarvis
> 96 Wheatsheaf Lane
> Norristown, PA 19403

*Maureen Q. Dwyer*
Maureen Q. Dwyer

Dated: March 31, 2003