IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA LYNCH, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 02-CV-4354 |
| HOWARD SCHULTZ & | : | |
| ASSOCIATES and PRG-SCHULTZ | : | |
| INTERNATIONAL, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this         day of          , 2003 upon consideration of Defendants' Motion to Extend the Deadline for Dispositive Motions and All Subsequent Dates in the Scheduling Order, and any response thereto, it is hereby ORDERED that Defendants' motion is granted. It is further ORDERED that the deadline for dispositive motions shall be extended to October 2, 2003 and all subsequent dates will be adjusted accordingly.

BY THE COURT:

_____
Brody, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA LYNCH, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : No. 02-CV-4354 |
| HOWARD SCHULTZ & | : |
| ASSOCIATES and PRG-SCHULTZ | : |
| INTERNATIONAL, INC., | : |
| | : |
| Defendants. | : |

### DEFENDANTS' MOTION TO EXTEND
### THE DEADLINE FOR DISPOSITIVE MOTIONS
### AND ALL SUBSEQUENT DATES IN THE SCHEDULING ORDER

Defendants Howard Schultz & Associates and PRG-Schultz International, Inc. ("Defendants"), by and through their undersigned counsel, hereby request that the deadline for dispositive motions and all subsequent dates as set forth in this Court's Scheduling Order of February 27, 2003 be extended by approximately 45 days.

The parties have experienced difficulty setting a date for the settlement conference with Magistrate Judge Diane Welsh because of the vacation schedules of the parties and their counsel. The settlement conference has been scheduled for September 4, 2003. However, the Scheduling Order provides that dispositive motions are due August 18, 2003. Therefore, Defendants respectfully request that the dates set forth in the Scheduling Order be extended so that the parties do not expend monies preparing and submitting dispositive motions before the settlement conference.

Defendants respectfully request that the deadline for dispositive motions and all subsequent dates in the Scheduling Order be extended as follows:

- Dispositive Motions due normally October 2, 2003.

- Exchange of exhibits due November 3, 2003.

- Plaintiff's pre-trial memorandum due November 3, 2003.

- Defendants' pre-trial memorandum due November 24, 2003.

- All motions in limine due November 24, 2003.

- All responses to motions in limine due December 15, 2003.

- Final pre-trial conference January 7, 2004.

- Trial pool on January 12, 2004 or as soon thereafter as all dispositive motions have been decided.

Plaintiff concurs with this motion. Defendants respectfully request that the Scheduling Order in this matter be extended as set forth above.

Respectfully submitted,

*Maureen Q. Dwyer* (signature)

Stephen J. Sundheim
Maureen Q. Dwyer
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Defendants Howard Schultz & Associates and PRG-Schultz International, Inc.

Dated: July 29, 2003

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA LYNCH, | : |
|                Plaintiff, | :   CIVIL ACTION |
| v. | : |
| | :   No. 02-CV-4354 |
| HOWARD SCHULTZ & ASSOCIATES and PRG-SCHULTZ INTERNATIONAL, INC., | : |
|                Defendants. | : |

## CERTIFICATE OF SERVICE

I, Maureen Q. Dwyer, certify that on the date indicated below I caused a copy of **Defendants' Motion to Extend the Deadline for Dispositive Motions and All Subsequent Dates in the Scheduling Order** to be served by first class mail, postage pre-paid, on counsel listed below:

Kingsley A. Jarvis, Esquire
96 Wheat Sheaf Lane
Norristown, PA  19403

*Maureen Q. Dwyer* (signature)
_____
Maureen Q. Dwyer

Dated:  July 29, 2003